### STATE of Maine

v.

### Reginald PALMER.

Supreme Judicial Court of Maine.

Argued Nov. 2, 1988.

Decided Nov. 8, 1988.

**STATE of Maine**

**v.**

**John LAWTON.**

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 14, 1988.
Decided Nov. 17, 1988.

R. Christopher Almy, Dist. Atty., Philip C. Worden (orally), Asst. Dist. Atty., Bangor, for the State.

Richard Hall, Bangor, Joseph R. Hunt (orally), Machias, for defendant.

Before McKUSICK, C.J., and WATHEN, CLIFFORD, HORNBY and COLLINS, JJ.

## MEMORANDUM OF DECISION.

Reginald Palmer entered a conditional plea of guilty under M.R.Crim.P. 11(a)(2) in the Superior Court (Penobscot County, Pierson, J.) and now appeals the District Court's denial (Newport, Kravchuk, J.) of his motion to suppress. We affirm. The police officer who stopped Palmer's vehicle testified to specific and articulable facts with regard to excessive speed and those facts are sufficient to warrant an investigatory stop. *State v. Peaslee*, 526 A.2d 1392 (Me.1987).

The entry is:

JUDGMENT AFFIRMED.

All concurring.